UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne G. Sadler, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>Heartland Hospice Memorial Fund, Inc., et al.<br><br>Defendant(s) | CASE No. 4:18-cv-01350-HSG<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE) (ADR L.R. 5)**

☑ **Mediation (ADR L.R. 6)**

☐ **Early Settlement Conference with a Magistrate Judge (ADR L.R. 7)**

☐ **Private ADR** *(specify process and provider)*

The parties agree to hold the ADR session by:

☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: May 15, 2018

*[signature]*
Attorney for Plaintiff

Date: May 15, 2018

*[signature]*
Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 5/16/2018

*[signature: Haywood S. Gilliam]*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*