Diane Aqui, SBN 217087
daqui@smithdollar.com
Justin D. Hein, SBN 249275
jhein@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
418 B Street, Fourth Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Plaintiff ANNE G. SADLER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| ANNE G. SADLER, an individual, | CASE NO.: 4:18-CV-01350-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| HEARTLAND HOSPICE MEMORIAL FUND, INC., an Ohio corporation, HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC, a Florida limited liability company, HCR III HEALTHCARE, LLC, a Delaware limited liability company, HCR HEALTHCARE, LLC, a limited liability company, HEARTLAND EMPLOYMENT SERVICES, LLC, an Ohio limited liability company, and DOES 1-100, inclusive | Date: June 5, 2018<br>Time: 2:00 P.M.<br>Crtrm: 2<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>Complaint Filed: January 23, 2018 |
| Defendants. | |

**ORDER**

The Court, having reviewed the Motion to Appear by Telephone for Case Management Conference (the "Motion") filed by Plaintiff ANNE G. SADLER ("Plaintiff") and good cause appearing, GRANTS the Motion and hereby orders that:

Plaintiff may appear telephonically for the Motion, currently set to be heard on June 5, 2018, at 2:00 p.m. in Courtroom 2, before the Honorable Haywood S. Gilliam, Jr., of the above-entitled Court. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the



1 | telephonic appearance.
2 | SO ORDERED.
3 | Dated: 5/17/2018

By: _____
Honorable Haywood S. Gilliam, Jr.