Diane Aqui, SBN 217087
daqui@smithdollar.com
Justin D. Hein, SBN 249275
jhein@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
418 B Street, Fourth Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Plaintiff
ANNE G. SADLER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE G. SADLER, an individual,<br><br>    Plaintiff,<br>v.<br><br>HEARTLAND HOSPICE MEMORIAL FUND, INC., an Ohio corporation, HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC, a Florida limited liability company, HCR III HEALTHCARE, LLC, a Delaware limited liability company, HCR HEALTHCARE, LLC, a limited liability company, HEARTLAND EMPLOYMENT SERVICES, LLC, an Ohio limited liability company, and DOES 1-100, inclusive<br><br>    Defendants. | CASE NO.: 4:18-CV-01350-HSG<br><br>ORDER ON STIPULATION FOR THE COURT TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>Complaint Filed: January 23, 2018<br>Trial Date: July 22, 2019 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Court will grant the Parties' Stipulation:

1. Plaintiff's Complaint filed in this action shall be and here by is dismissed with prejudice as to all parties and all claims for relief.

IT IS SO ORDERED.

Dated: November 8, 2018

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.

Document in ProLaw

- 1 -
ORDER